# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUK ABOYAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JPMORGAN CHASE BANK, N.A., doing business as Chase; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:16-cv-02234-MRW<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>State Action Filed:　2/18/2016<br>Action Removed:　　4/1/2016<br>Trial Date:　　　　　7/11/2017 |

- 1 -

**[PROPOSED] ORDER OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**

Upon stipulation jointly made by Plaintiff MANUK ABOYAN and Defendant JPRMORGAN CHASE BANK, N.A., by and through their counsel of record, and good cause appearing therefore:

**IT IS HEREBY ORDERED:**

1. Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the entire action and all claims asserted therein are hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: October 12, 2016

_____
Hon. Michael R. Wilner
United States Magistrate Judge

[PROPOSED] ORDER OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE